**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **THERESE VERONICA NATTY,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | **CASE NO. 7:11-CV-27 (HL)** |
| : | |
| **Sgt. T. MITCHELL, et al,** : | |
| : | |
| Defendants : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 6) filed March 17, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 13th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**