IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THERESE VERONICA NATTY, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:11-CV-27 (HL) |
| BARBARA WALRATH, et al, : | |
| Defendants : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 49) filed June 12, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 51) filed June 25, 2012  has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 2nd day of July, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**